■ CONTINENTAL INSURANCE COMPANY, Respondent, v SAMUEL COHEN, Appellant.—Order, Supreme Court, New York County, entered on March 28, 1980, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Appeal from order of said court, entered on May 22, 1980, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Bloom, JJ.

(Republished)

■ In the Matter of WALTER D., JR., et al. NEW YORK SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, Respondent; WALTER D., SR., Appellant.—Order, Family Court, New York County, entered on May 7, 1979, unanimously affirmed, without costs and without disbursements. The order of this court entered on October 9, 1980 [78 AD2d 784] is vacated. No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Carro, JJ.

■ In the Matter of GEORGE W. MILLER, Appellant, v GERALDINE DANIELS et al., Respondents, and FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgment, Supreme Court, New York County, entered on October 22, 1980, unanimously affirmed, without costs and without disbursements. Permission to appeal to the Court of Appeals is granted and this court pursuant to CPLR 5713 states that questions of law have arisen which ought to be reviewed by the Court of Appeals. No opinion. Concur—Kupferman, J. P., Birns, Fein, Ross and Bloom, JJ.

■ JAMES J. LEFF v STATE COMMISSION ON JUDICIAL CONDUCT OF THE STATE OF NEW YORK et al.—Motion for a stay denied. On the present papers there is no showing that the action of respondents is arbitrary or capricious or illegal or in violation of constitutional rights. (See *Matter of Nicholson v State Comm. on Judicial Conduct,* 50 NY2d 597, 611-612.) Concur—Sullivan, J. P., Lupiano, Silverman and Yesawich, JJ.

(October 28, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN WILLIAMS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 20, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v YOLANDA MERCADO.— Motion to dismiss appeal without prejudice denied. The appeal is, *sua sponte,* dismissed with prejudice (see *People v Casiel,* 33 NY2d 791). Concur —Birns, J. P., Sullivan, Markewich and Silverman, JJ.